**Barbara J. TUCK, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 50463.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Joseph R. Borich, III, Leawood, Kansas, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Theresa J. Miller, Special Assistant Attorney General, Mo. Dept. of Revenue, Jefferson City for respondent.

Before SPINDEN, P.J., and HANNA and LAURA DENVIR STITH, JJ.

## *ORDER*

PER CURIAM:

Appellant Barbara J. Tuck appeals denial of her petition for reinstatement of her driving privileges, which had been administratively revoked by the Director of Revenue under Section 577.041 as a result of her refusal to consent to analysis of her urine in connection with an arrest for driving while intoxicated. Finding that a published opinion would have no precedential value, we affirm by this summary order, but have furnished the parties with a memorandum setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).